■ CHARLES CARUSO, JR., Respondent, v. INCORPORATED VILLAGE OF SLOATSBURG et al., Appellants.—

Hopkins, Acting P. J., Martuscello, Latham, Brennan and Benjamin, JJ., concur.